IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO., LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-5625 |

**SCHEDULE A – PUBLIC VERSION OF SEALED DOCUMENT**

This document is the public version of sealed Schedule A. The sealed version of Schedule A will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.