**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FUJIAN MINGTA TOYS CO., LTD.,** *Plaintiff*, v. **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** *Defendants*. | **Civil Action No. 1:24-cv-5625** |

**EXHIBITS 1-1 TO 1-5 – PUBLIC VERSION OF SEALED DOCUMENT**

This document is the public version of sealed Exhibits 1-1 to 1-5. The sealed version of Exhibits 1-1 to 1-5 will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.