**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FUJIAN MINGTA TOYS CO., LTD.,**

*Plaintiff,*

v.

**THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",**

*Defendants.*

**Civil Action No. 1:24-cv-5625**

## EXHIBIT 2 – PUBLIC VERSION OF SEALED DOCUMENT

This document is the public version of sealed Exhibit 2. The sealed version of Exhibit 2 will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.