IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-5625 |

### EXHIBIT 3 – PUBLIC VERSION OF SEALED DOCUMENT

This document is the public version of sealed Exhibit 3. The sealed version of Exhibit 3 will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.