IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FUJIAN MINGTA TOYS CO., LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>*Defendants*. | **Civil Action No. 1:24-cv-5625** |

## EXHIBIT 4 – PUBLIC VERSION OF SEALED DOCUMENT

This document is the public version of sealed Exhibit 3. The sealed version of Exhibit 4 will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.