IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FUJIAN MINGTA TOYS CO., LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>*Defendants*. | Civil Action No. 1:24-cv-5625 |

**DECLARATION OF CHEN – PUBLIC VERSION OF SEALED DOCUMENTS**

This document is the public version of the sealed Declaration of Chen. The sealed version of the Declaration of Chen will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.