IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

**NOTICE OF MOTIONS**

PLEASE TAKE NOTICE that on Wednesday, July 10, 2024, at 11:00 a.m., Plaintiff Fujian Mingta Toys Co. Ltd., by its counsel, shall appear telephonically, if permitted, before the Honorable John Robert Blakey to present the following motions:

(a) motion to seal documents to the complaint (Dkt. No. 3);

(b) motion for TRO (Dkt. No. 4); and

(c) motion to seal document to the TRO motion (Dkt. No. 6).

DATED: July 5, 2024            Respectfully submitted,

                                                                   By: */s/ Nicholas Najera*

Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*