**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Fujian Mingta Toys Co. Ltd.

                                     Plaintiff,

v.                                        Case No.: 1:24−cv−05625

                                         Honorable John Robert Blakey

Partnerships and Unincorporated Associations Identified in Schedule A, The

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

    MINUTE entry before the Honorable John Robert Blakey: Plaintiff having submitted a proposed order, the Court hereby grants Plaintiff's motion for temporary restraining order [4] based upon the materials submitted. Enter sealed temporary restraining order. Absent further order, this TRO will expire on 12/24/24. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.