# EXHIBIT 1

# Nick Najera

| | |
|---|---|
| **From:** | Nick Najera |
| **Sent:** | Wednesday, December 11, 2024 3:20 PM |
| **To:** | tro-notices@amazon.com |
| **Subject:** | TRO NOTICE -  Fujian Mingta Toys Co. Ltd. v. Partnerships (1:24-cv-5625) |
| **Attachments:** | Defendant list (Amazon).xlsx; Fujian Sealed Order 12.10.24.pdf |

Good afternoon,

Please see the attached temporarily restraining order and excel sheet for processing. Please confirm receipt.

Thank you,

Nicholas Najera
NI, WANG & MASSAND, PLLC
8140 WALNUT HILL LANE, SUITE 615
DALLAS, TEXAS 75231
nnajera@nilawfirm.com

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

# Nick Najera

| | |
|---|---|
| **From:** | Nick Najera |
| **Sent:** | Wednesday, December 11, 2024 3:19 PM |
| **To:** | legal@temu.com |
| **Subject:** | TRO NOTICE -  Fujian Mingta Toys Co. Ltd. v. Partnerships (1:24-cv-5625) |
| **Attachments:** | Fujian Sealed Order 12.10.24.pdf; Defendant list (TEMU).xlsx |

Good afternoon,

Please see the attached temporarily restraining order and excel sheet for processing. Please confirm receipt.

Thank you,

Nicholas Najera
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, Texas 75231
nnajera@nilawfirm.com

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

# Nick Najera

| | |
|---|---|
| **From:** | Nick Najera |
| **Sent:** | Friday, December 13, 2024 9:52 AM |
| **To:** | TRO Legal Communications |
| **Subject:** | TRO NOTICE - Fujian Mingta Toys Co. Ltd. v. Partnerships (1:24-cv-5625) |
| **Attachments:** | Fujian Sealed Order 12.10.24.pdf; Defendant list (Walmart).xlsx |

Good morning,

Please see the attached temporarily restraining order and excel sheet for processing. Please confirm receipt.

Thank you,

Nicholas Najera
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, Texas 75231
nnajera@nilawfirm.com

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.