UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 8, 2025, at 11:00 a.m., Plaintiff Fujian Mingta Toys Co. Ltd., by its counsel, shall appear telephonically, if permitted, before the Honorable John Robert Blakey to present its Motion to Extend the Sealed Temporary Restraining Order (Dkt. No. 13).

1

| | |
|---|---|
| DATED: December 18, 2024 | Respectfully submitted, |
| | By: */s/ Nicholas Najera* |
| | Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com |
| | NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900 |
| | *Counsel for Plaintiff* |