UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fujian Mingta Toys Co. Ltd., by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| *Defendant Name* | *Store ID* |
|---|---|
| Boxgear | A1O33FU6OI5WJ4 |
| BOXGEAR | 101616866 |

Prior to the filing of this notice, the Boxgear Defendants have yet to file an answer or motion for summary judgment.

1

DATED: December 24, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Nicholas Najera*

　　　　　　　　　　　　　　　　　　　　　Nicholas Najera
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24127049
　　　　　　　　　　　　　　　　　　　　　nnajera@nilawfirm.com

　　　　　　　　　　　　　　　　　　　　　NI, WANG & MASSAND, PLLC
　　　　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln., Ste. 615
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　　　Tel: (972) 325-2220
　　　　　　　　　　　　　　　　　　　　　Fax: (972) 314-0900

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*