IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | Civil Action No. 1:24-cv-05625 |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Fujian Mingta Toys Co. Ltd. respectfully moves to convert the sealed temporary restraining order (Dkt. No. 11) to a preliminary injunction. A memorandum of law in support is filed concurrently with this Motion.

| | |
|---|---|
| DATED: January 2, 2025 | Respectfully submitted, |
| | By: */s/ Nicholas Najera* |
| | Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com |
| | **NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900 |
| | *COUNSEL FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I served the foregoing document on the Defendants via email. Counsel of record was also served with a copy via the ECF filing system. I further served the foregoing on all Defendants via electronic mail.

*/s/ Nicholas Najera*

Nicholas Najera