# APPENDIX A

| No. | Defendant | Store ID |
|---|---|---|
| 1 | AATIYAH | A3MBCFA9J03HJI |
| 2 | Abifny Toys | A9315PI3JUWZD |
| 3 | Acitly US | A2XC9IIRBHY4BS |
| 4 | ACJSXL | A18SLUDUM210TU |
| 5 | Annexfun | A36R6BIJXIAO5R |
| 6 | Autism World | A2YN8ZF0WDY924 |
| 7 | Baby Ran | ARQAER0MVI2TM |
| 8 | BEAUAM | A38L7C4GXFYMER |
| 9 | Beining-us | A2863PF7SHLCLX |
| 10 | BelieveInChoice | A1X69X5N5IL424 |
| 11 | BESTAMTOY | AZLNLT7CRBXL7 |
| 12 | BO5WIN | A340I1S5X1N0GG |
| | | |
| 14 | BUGGI-US | A2LTFEOLB6X3GD |
| 15 | Burmen | A2U4AIUXG2I6VA |
| 16 | CozyJoyzDirect | AH3ZHAF8ZXU8Y |
| 17 | CreativeUS | A25X60NCKER6J1 |
| 18 | DengChengYuan | AJQ2R9VSJEJQQ |
| 19 | detron | A32FFGM5Q1UZ8L |
| 20 | DISHANQIAN-US | AKDEVBJGC1KXL |
| 21 | Dookok | A2Z76PG4MOJ43W |
| 22 | duoduoyin | A2JL2ICUV056PS |
| 23 | Erprobeen | A3FEQY5WXCYJIB |
| 24 | Fanboxk | A13VV37JV2B3CY |
| 25 | FANGYUAN-US | AFWRQWWYJPT3O |
| 26 | FDAIUN | AZN4817Y4FWQY |
| 27 | GOSE US | A1EXVNTNHKC8PM |
| 28 | Grommi | ARZ4LGXKQSC67 |
| 29 | HelenZhou | ABOQQ6J0C9EN2 |
| 30 | Heyingrow | ANSDUNYPEIOMJ |
| 31 | Hoixweet-US | A3C77A42SBO9M9 |
| 32 | HTZPLOO | A36ROWKXBI2RQX |
| 33 | HuBeiBoDaHouShiWangLuoKeJiYouXianGongSi | A3DFDYHJIEHANA |
| 34 | I Wear Glam | A13NOGJ8YY1819 |
| 35 | Immersion Gear Research Lab | AWGKVY8N96OWL |
| 36 | JIANGXING | A1AIF36T66E392 |
| 37 | Jinyitong | AJ0PEQ0LQGO3T |
| 38 | Jone SakuraA | A364CP616726BS |
| 39 | Josijoli | A32YZPZ4TOKD4F |

| | | |
|---|---|---|
| 40 | Juoe | A32YNCU9GZ8A4T |
| 41 | JWL OFFICIAL | A2QEYWY291K8GJ |
| 42 | Koehzich | A2K9M18O45Z3VH |
| 43 | KONGWU | A4J24KIMUSV1E |
| 44 | LACHLAND | AGY0QTX8BLIM |
| 45 | Lecody | ACHOXDMN6N5BU |
| 46 | lonfypeng | A3QQEITN5LE76U |
| 47 | Lovkiddo | A1UUQOAK5ST2LY |
| 48 | LVGOATH | A1H754LE54IF7L |
| 49 | Mailuren | A21K5MFNSSKIUY |
| 50 | Make your life enjoyable | A1BL8DROPAUWSC |
| 51 | MARINASCOFFESHOP | A1GUD8NZJK7BH8 |
| 52 | MICKYU LLC | A2GF4RQC3PVVTH |
| 53 | MiHong | AZDDUCF9RYEGW |
| 54 | MOMSIV US | A3QIV42ZVHN9UJ |
| 55 | Monicafed | APWGFZ9OV5VH4 |
| 56 | MTTIERY | A93TV6T3692D7 |
| 57 | Mytrix | A27ATZV69GZU3F |
| 58 | Naturefield | A1JX45D4P38ARL |
| 59 | NerveolDirect | A2A959TO9E5K07 |
| 60 | NOWRICH Official | A3DJ9FWCVJG6PC |
| 61 | NUT WAVE FOOD SUPPLEMENTS TRADING LLC | A2KAPPHNTFRR1N |
| 62 | OuterFun | A340SA4PDIB7N3 |
| 63 | Pashengus | A3DHF00M4EF1G7 |
| 64 | Qianmeng Direct | A3EUXA3LNJONJ6 |
| 65 | QTGPET-US | AVE5KY138UGZY |
| 66 | Rui bao | A1AS4V2TK7IJ1I |
| 67 | Ruojin Trading | A4UBIFRQWX6PZ |
| 68 | Seamoy | A2U1S62FZ7V189 |
| 69 | Sencin | A2KLCFQ47KY2NC |
| 70 | Songgaozeshangmao | A302TBS2I01CYA |
| 71 | StarBaKeSi | A3OD7YEL9IOE32 |
| 72 | Summidate-US | A3FBHNB4OF2L8 |
| 73 | SuntopDirect | AJFVFPXF8ZDXW |
| 74 | SUYEPER | A21VVA3VNN8LDB |
| | | |
| 76 | Synarry Direct | A3Q4LQGKR2MRL5 |
| 77 | T-Antrix | AAYMCSSHK7UEN |
| 78 | Ten o'clock | A2HFQIW5FRRRJR |
| 79 | TF-Decjour | A3GW2NA79TTGKC |
| 80 | Tomaker | AXKR20IUUJZ4C |

| # | Name | ID |
|---|---|---|
| 81 | TOPBRIGHT | A2GOHSJ6J3MS1Y |
| 82 | Uncle Nick | A2WWEP7QX4VAKJ |
| 83 | US BESFAN | A1Q0WLUE6GYBFN |
| 84 | US SENYANG | A3L8WLN99FHO1G |
| 85 | Vaimier | A1AIN9IFQWQBAH |
| 86 | Vinlon | A1VEXTA9UTUNX8 |
| 87 | VJIEAZI | A2NRTU4XPYS49E |
| 88 | WAGS PET | A1EP1WHUYW6YT6 |
| 89 | Wayomagic | A2RVPXGJBJXFEJ |
| 90 | WOLFARO | A2O4ZQORCQGXCK |
| 91 | WQKtoys | A1OMYZ292B3LEW |
| 92 | Xiaowang Direct | AU9J4QE6KM4UU |
| 93 | Yiwu Yimeng Arts And Crafts Co., Ltd | ATDCLQ0QSLVZL |
| 94 | YZL-US | ASOJBLDJLRSFU |
| 95 | yzure | A3C09ACLMMRLT6 |
| 96 | zhan jiang shi hua zhu niao mao yi you xian gongsi | A2Q1XMMC3VCAJ4 |
| 97 | ZQNPXY | AYRFXIUJNLJ76 |
| 98 | Baby she beautiful baby toys | m-597802939939 |
| 99 | Elephant Technology | m-634418212263243 |
| 100 | Mind Maze baby toys | m-634418212595418 |
| 101 | TXH | m-634418210826871 |
| 102 | TXWJ | m-5992559557835 |
| 103 | Youjia toy franchise | m-5565879447035 |
| 104 | YOUJIAN ROOM | m-4493907523398 |
| 105 | Arevtovis | 101124358 |
|  |  |  |
| 107 | brightmoon | 101613805 |
| 108 | cherybn | 101621084 |
| 109 | FASLMH | 101106761 |
| 110 | JIASA | 101608783 |
| 111 | jinanyanqiukejizixun | 101683561 |
| 112 | LBBENBI | 101617281 |
| 113 | LUOzoyuans | 101686252 |
| 114 | Lydiaunistar Clearance | 101309414 |
| 115 | MISOO CO.,LTD | 101084897 |
| 116 | NewSoul | 101229745 |
| 117 | Oalyip Online | 101517261 |
| 118 | OuKan | 101591011 |
| 119 | REVANAK US | 101174546 |
| 120 | Sioweci Co.Ltd | 101667011 |

| 121 | SNOWKITTEN | 101613989 |
| 122 | XINDISNusfo | 101686407 |
| 123 | Yanna | 101643935 |
| 124 | YINYUN | 101185237 |
| 125 | YOUCHU | 101341870 |