UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 8, 2025, at 11:00 a.m., Plaintiff Fujian Mingta Toys Co. Ltd., by its counsel, shall appear telephonically, if permitted, before the Honorable John Robert Blakey to present its Motion for a preliminary injunction (Dkt. No. 20).

| | |
|---|---|
| DATED: January 2, 2025 | Respectfully submitted, |
| | By: */s/ Nicholas Najera* |
| | Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com |
| | NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900 |
| | *Counsel for Plaintiff* |