# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Fujian Mingta Toys Co. Ltd.

                Plaintiff,

v.

Case No.: 1:24−cv−05625

Honorable John Robert Blakey

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Oral motion to reset hearing is granted, the hearing on Plaintiff's motion for preliminary injunction [20] set for 1/10/2025 at 11:00 a.m. is hereby reset to 1/17/2025 at 11:00 a.m. in Courtroom 1203. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.