UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fujian Mingta Toys Co. Ltd., by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| *Defendant Name* | *Store ID* |
|---|---|
| Mytrix | A27ATZV69GZU3F |
| IGRL | AWGKVY8N96OWL |
| MONICAFED | APWGFZ9OV5VH4 |
| HuBeiBoDaHouShiWangLuoKeJiYouXianGongSi | A3DFDYHJIEHANA |
| Mttiery | A93TV6T3692D7 |
| Lecody | ACHOXDMN6N5BU |
| BESTAMTOY | AZLNLT7CRBXL7 |
| BEAUAM | A38L7C4GXFYMER |
| Arevtovis | 101124358 |
| Youjia toy franchise | m-5565879447035 |
| lonfypeng | A3QQEITN5LE76U |
| BelieveInChoice | A1X69X5N5IL424 |

Prior to the filing of this notice, these Defendants have yet to file an answer or motion for summary judgment.

1

| | |
|---|---|
| DATED: January 13, 2025 | Respectfully submitted,<br><br>By: */s/ Nicholas Najera*<br><br>Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com<br><br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |