IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

## PROOF OF SERVICE

Plaintiff Fujian Mingta Toys Co. Ltd. files this proof of service. Plaintiff, through the undersigned counsel, served its motion for preliminary injunction (Dkt. No. 20) and memorandum in support (Dkt. No. 21) on all remaining Defendants via email on January 6, 2024. Plaintiff further served notice of the preliminary injunction motion hearing scheduled for January 17, 2025 (Dkt. No. 24) on all remaining Defendants via email on January 14, 2025.

DATED: January 14, 2025

Respectfully submitted,

By: */s/ Nicholas Najera*

Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*

1