## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Fujian Mingta Toys Co. Ltd.

                                         Plaintiff,

v.                                                       Case No.: 1:24−cv−05625

                                                      Honorable John Robert Blakey

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on Plaintiff's motion for preliminary injunction [20] and on Defendant Summidate−US's motion to extend time [28]. No other Defendant has filed an appearance in this matter and no Defendant has otherwise objected in response to the TRO or Plaintiff's motion for entry of a preliminary injunction [20]. Accordingly, and based upon the same findings made in this Court's TRO [11], this Court finds that a preliminary injunction is appropriate and warranted, as well as unopposed and grants Plaintiff's motion for preliminary injunction [20]. Enter Preliminary Injunction Order. The Court directs the Clerk to unseal any previously sealed documents in this matter. Plaintiff's counsel is directed to add all defendants listed on Schedule A to the Court's docket within three business days. Plaintiff may find instructions at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. The Court also grants Defendant Summidate−US's motion to extend time [28] and directs all served Defendants to respond to the complaint by 2/17/25. Plaintiff shall file a status report by 2/28/25. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.