IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Case No. 1:24-cv-05625 Judge John Robert Blakey |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Fujian Mingta Toys Co. Ltd. ("Plaintiff") moved to convert the Sealed Temporary Restraining Order (Dkt. No. 11) ("TRO") to a preliminary injunction against the Defendants identified herein ("Defendants"). After reviewing the Motion and the accompanying record, this Court **GRANTS** the Motion in part as follows.

This Court finds Plaintiff has provided Defendants with notice of these proceedings in accordance with the TRO and Federal Rules of Civil Procedure 4 and 65(a)(1).

This Court also finds that it has personal jurisdiction over Defendants because Defendants directly target business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and its operating e-commerce stores that target United States consumers, offers shipping to the United States, including Illinois, and has sold products that infringe United States Design Patent No. D1,019,805 ("Patent") to residents of Illinois. In this case, Plaintiff has

1

presented screenshot evidence that Defendants' e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products infringing the Patent. *See* Docket Nos. 2-2 to 2-6, which includes screenshot evidence confirming that Defendants' e-commerce stores stand ready, willing, and able to ship its infringing goods to customers in Illinois.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted TRO motion establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of patent infringement because (1) the Patent is likely to withstand any invalidity challenges, (2) Defendant is not licensed or authorized to practice the patent, and (3) the Infringing Products, as that term is defined herein, are so substantially similar to the patented design such that an ordinary observer would be deceived into thinking that the design of the Infringing Products is the same as the patented design. Furthermore, Defendant's continued and unauthorized practice of the Patent irreparably harms Plaintiff through unlawful direct competition, loss of market share, price erosion, damage to business reputation and associated goodwill, and loss of exclusivity of its patent

rights. Monetary damages fail to address such damages and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendant's actions and to uphold Patent rights. Accordingly, this Court orders that:

1. Defendants, their officers, affiliates, agents, and employees are preliminarily enjoined and restrained, during the pendency of this action, from:

    a. manufacturing, importing, using, offering for sale, and/or selling the Infringing Products, *i.e.*, the magnetic counting maze toys, and any colorable variations thereof, including but not limited to those sold via the following e-commerce stores:

| No. | Defendant | Store ID |
|---|---|---|
| 1 | AATIYAH | A3MBCFA9J03HJI |
| 2 | Abifny Toys | A9315PI3JUWZD |
| 3 | Acitly US | A2XC9IIRBHY4BS |
| 4 | ACJSXL | A18SLUDUM210TU |
| 5 | DISMISSED | |
| 6 | Autism World | A2YN8ZF0WDY924 |
| 7 | Baby Ran | ARQAER0MVI2TM |
| 8 | DISMISSED | |
| 9 | Beining-us | A2863PF7SHLCLX |
| 10 | DISMISSED | |
| 11 | DISMISSED | |
| 12 | BO5WIN | A340I1S5X1N0GG |
| | DISMISSED | |
| 14 | BUGGI-US | A2LTFEOLB6X3GD |
| 15 | DISMISSED | |
| 16 | CozyJoyzDirect | AH3ZHAF8ZXU8Y |
| 17 | CreativeUS | A25X60NCKER6J1 |
| 18 | DengChengYuan | AJQ2R9VSJEJQQ |
| 19 | detron | A32FFGM5Q1UZ8L |
| 20 | DISHANQIAN-US | AKDEVBJGC1KXL |
| 21 | Dookok | A2Z76PG4MOJ43W |

| 22 | duoduoyin | A2JL2ICUV056PS |
|---|---|---|
| 23 | Erprobeen | A3FEQY5WXCYJIB |
| 24 | Fanboxk | A13VV37JV2B3CY |
| 25 | FANGYUAN-US | AFWRQWWYJPT3O |
| 26 | FDAIUN | AZN4817Y4FWQY |
| 27 | GOSE US | A1EXVNTNHKC8PM |
| 28 | Grommi | ARZ4LGXKQSC67 |
| 29 | HelenZhou | ABOQQ6J0C9EN2 |
| 30 | DISMISSED | |
| 31 | Hoixweet-US | A3C77A42SBO9M9 |
| 32 | HTZPLOO | A36ROWKXBI2RQX |
| 33 | DISMISSED | |
| 34 | I Wear Glam | A13NOGJ8YY1819 |
| 35 | Immersion Gear Research Lab | AWGKVY8N96OWL |
| 36 | JIANGXING | A1AIF36T66E392 |
| 37 | Jinyitong | AJ0PEQ0LQGO3T |
| 38 | DISMISSED | |
| 39 | DISMISSED | |
| 40 | Juoe | A32YNCU9GZ8A4T |
| 41 | JWL OFFICIAL | A2QEYWY291K8GJ |
| 42 | Koehzich | A2K9M18O45Z3VH |
| 43 | KONGWU | A4J24KIMUSV1E |
| 44 | LACHLAND | AGY0QTX8BLIM |
| 45 | DISMISSED | |
| 46 | lonfypeng | A3QQEITN5LE76U |
| 47 | Lovkiddo | A1UUQOAK5ST2LY |
| 48 | LVGOATH | A1H754LE54IF7L |
| 49 | Mailuren | A21K5MFNSSKIUY |
| 50 | Make your life enjoyable | A1BL8DROPAUWSC |
| 51 | MARINASCOFFESHOP | A1GUD8NZJK7BH8 |
| 52 | MICKYU LLC | A2GF4RQC3PVVTH |
| 53 | DISMISSED | |
| 54 | MOMSIV US | A3QIV42ZVHN9UJ |
| 55 | DISMISSED | |
| 56 | DISMISSED | |
| 57 | DISMISSED | |
| 58 | Naturefield | A1JX45D4P38ARL |
| 59 | DISMISSED | |
| 60 | NOWRICH Official | A3DJ9FWCVJG6PC |

| 61 | NUT WAVE FOOD SUPPLEMENTS TRADING LLC | A2KAPPHNTFRR1N |
|---|---|---|
| 62 | OuterFun | A340SA4PDIB7N3 |
| 63 | Pashengus | A3DHF00M4EF1G7 |
| 64 | Qianmeng Direct | A3EUXA3LNJONJ6 |
| 65 | QTGPET-US | AVE5KY138UGZY |
| 66 | Rui bao | A1AS4V2TK7IJ1I |
| 67 | Ruojin Trading | A4UBIFRQWX6PZ |
| 68 | Seamoy | A2U1S62FZ7V189 |
| 69 | Sencin | A2KLCFQ47KY2NC |
| 70 | Songgaozeshangmao | A302TBS2I01CYA |
| 71 | StarBaKeSi | A3OD7YEL9IOE32 |
| 72 | Summidate-US | A3FBHNB4OF2L8 |
| 73 | SuntopDirect | AJFVFPXF8ZDXW |
| 74 | SUYEPER | A21VVA3VNN8LDB |
| | DISMISSED | |
| 76 | Synarry Direct | A3Q4LQGKR2MRL5 |
| 77 | T-Antrix | AAYMCSSHK7UEN |
| 78 | Ten o'clock | A2HFQIW5FRRRJR |
| 79 | TF-Decjour | A3GW2NA79TTGKC |
| 80 | Tomaker | AXKR20IUUJZ4C |
| 81 | TOPBRIGHT | A2GOHSJ6J3MS1Y |
| 82 | Uncle Nick | A2WWEP7QX4VAKJ |
| 83 | US BESFAN | A1Q0WLUE6GYBFN |
| 84 | US SENYANG | A3L8WLN99FHO1G |
| 85 | Vaimier | A1AIN9IFQWQBAH |
| 86 | Vinlon | A1VEXTA9UTUNX8 |
| 87 | VJIEAZI | A2NRTU4XPYS49E |
| 88 | WAGS PET | A1EP1WHUYW6YT6 |
| 89 | DISMISSED | |
| 90 | WOLFARO | A2O4ZQORCQGXCK |
| 91 | WQKtoys | A1OMYZ292B3LEW |
| 92 | Xiaowang Direct | AU9J4QE6KM4UU |
| 93 | Yiwu Yimeng Arts And Crafts Co., Ltd | ATDCLQ0QSLVZL |
| 94 | YZL-US | ASOJBLDJLRSFU |
| 95 | yzure | A3C09ACLMMRLT6 |
| 96 | zhan jiang shi hua zhu niao mao yi you xian gongsi | A2Q1XMMC3VCAJ4 |
| 97 | ZQNPXY | AYRFXIUJNLJ76 |
| 98 | Baby she beautiful baby toys | m-597802939939 |

| 99 | Elephant Technology | m-634418212263243 |
|---|---|---|
| 100 | Mind Maze baby toys | m-634418212595418 |
| 101 | TXH | m-634418210826871 |
| 102 | TXWJ | m-5992559557835 |
| 103 | DISMISSED | |
| 104 | YOUJIAN ROOM | m-4493907523398 |
| 105 | DISMISSED | |
| | DISMISSED | |
| 107 | brightmoon | 101613805 |
| 108 | cherybn | 101621084 |
| 109 | FASLMH | 101106761 |
| 110 | JIASA | 101608783 |
| 111 | jinanyanqiukejizixun | 101683561 |
| 112 | LBBENBI | 101617281 |
| 113 | LUOzoyuans | 101686252 |
| 114 | Lydiaunistar Clearance | 101309414 |
| 115 | MISOO CO.,LTD | 101084897 |
| 116 | NewSoul | 101229745 |
| 117 | Oalyip Online | 101517261 |
| 118 | OuKan | 101591011 |
| 119 | REVANAK US | 101174546 |
| 120 | Sioweci Co.Ltd | 101667011 |
| 121 | SNOWKITTEN | 101613989 |
| 122 | XINDISNusfo | 101686407 |
| 123 | Yanna | 101643935 |
| 124 | YINYUN | 101185237 |
| 125 | YOUCHU | 101341870 |

    b. further infringing United States Design Patent No. D1,019,805 and damaging Plaintiff's patent rights;

    c. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b);

    d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

      the Infringing Products;

   e. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant E-Commerce Stores or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell the Infringing Products; and

   f. operating and/or hosting any website or marketplace account for or on behalf of Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of the Infringing Products.

2. Upon Plaintiff's request, those with notice of this Order, including any third party providers including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Infringing Products.

3. Plaintiff shall be permitted to continue to provide Defendants with notice of these proceedings at their respective electronic mail addresses.

4. The one hundred twenty five thousand dollar ($125,000.00) bond shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

5. All sealed documents on the docket, including Docket Nos. 2, 2-1 to 2-9, 5, 5-1 to 5-3, and 11, are hereby unsealed.

6. Any Defendant may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

IT IS SO ORDERED.

Dated: January 17, 2025

Entered:

_____
John Robert Blakey
United States District Judge