UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fujian Mingta Toys Co. Ltd., by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| *No.* | *Defendant Name* | *Store ID* |
|---|---|---|
| 2 | Abifny Toys | A9315PI3JUWZD |
| 123 | Yanna | 101643935 |
| 32 | HTZPLOO | A36ROWKXBI2RQX |
| 52 | MICKYU LLC | A2GF4RQC3PVVTH |
| 80 | Tomaker | AXKR20IUUJZ4C |
| 125 | YOUCHU | 101341870 |
| 91 | WQKtoys | A1OMYZ292B3LEW |

Prior to the filing of this notice, these Defendants have yet to file an answer or motion for summary judgment.

1

DATED: January 22, 2025               Respectfully submitted,

                                      By: */s/ Nicholas Najera*

                                      Nicholas Najera
                                      Texas Bar No. 24127049
                                      nnajera@nilawfirm.com

                                      NI, WANG & MASSAND, PLLC
                                      8140 Walnut Hill Ln., Ste. 615
                                      Dallas, TX 75231
                                      Tel: (972) 325-2220
                                      Fax: (972) 314-0900

                                      *Counsel for Plaintiff*