# EXHIBIT F

# 供应商付款凭证
## PROOF OF PAYMENT



---

## 交易金额 Transaction Amount

███████ **USD**

## 交易详情 Transaction Details

| | |
|---|---|
| 交易流水号<br>Transaction Number | ████████████ |
| 交易时间<br>Transaction Time | 2025-01-20 11:28:46 |
| 附言<br>Invoice Number | 5625 SuntopDirect |

---

## 付款方信息 Payer Information

| | |
|---|---|
| 付款方名称<br>Payer Name | ██<br>███ |

## 收款方信息 Payee Information

| | |
|---|---|
| 收款方账户名称<br>Beneficiary Bank Account Name | Ni Law Firm, PLLC IOLTA Account |
| 收款方银行名称<br>Beneficiary Bank Name | ████████████████ |
| 收款方账户号码<br>Beneficiary Bank Account Number | ██████ |
| Routing Number<br>Routing Number | ██████ |
| Swift Code<br>Swift Code | ██████ |