# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | **Case No. 1:24-cv-05625** <br><br> **Honorable Judge John Robert Blakey** <br> **Magistrate Judge Heather K. McShain** <br><br> HEARING DATE:  February 12, 2025 <br> HEARING TIME:  11:00 AM CST |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, February 12, 2025, at 11:00 AM CST, Defendants Suntopdirect and Topbright ("Defendants") in the above captioned action, by their counsel shall appear telephonically, if permitted, before the Honorable John Robert Blakely to present its Motion to Enforce Settlement between Defendants and Plaintiff Fujian Mingta Toys Co. Ltd. [Dkt. 40] and Motion to File Under Seal [Dkt. No. 41].

DATED: January 31, 2025

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (Florida Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
william@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ William R. Brees*
William R. Brees (Florida Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**