UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-05625 |

**STIPULATED ASSET RESTRAINT**

Plaintiff Mingta Toys Co. Ltd ("Plaintiff") and Defendants Topbright and SuntopDirect (collectively, "Defendants") hereby jointly file this stipulation regarding an agreed asset restraint of Defendants' e-commerce financial accounts for the pendency of this action.

Whereas, the Court entered a Preliminary Injunction Order, including an asset restraint, on January 17, 2025 (Dkt. No. 32);

Whereas, as a result of the Preliminary Injunction Order, the Defendants' e-commerce store financial accounts are frozen and restrained;

Whereas, the Parties hereby stipulate to an asset restraint of Defendants' e-commerce store financial accounts for the pendency of this action in the following amounts:

       Topbright (ID: A2GOHSJ6J3MS1Y)       $5,000.00 USD
       SuntopDirect (ID: AJFVFPXF8ZDXW)     $5,000.00 USD

| | |
|---|---|
| DATED: February 8, 2025 | Respectfully submitted, |

By: */s/ Nicholas Najera*

Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*


By: /s/ Wlliam R. Brees
William R. Brees
Florida Bar No. 98886
william@bayramoglu-legal.com

BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014

Tel: (702) 462-5973
Fax: (702) 553-3404

*Counsel for Defendants*