UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-05625 |

**NOTICE OF AGREED BRIEFING SCHEDULE**

Plaintiff Mingta Toys Co. Ltd ("Plaintiff") and Defendants Topbright and SuntopDirect (collectively, "Defendants") hereby jointly file this notice of an agreed briefing schedule regarding Defendants' motion to enforce settlement (Dkt. No. 40) ("Motion").

Whereas, Defendants' filed their Motion on January 31, 2025 and the parties have agreed to the following briefing schedule:

    Plaintiff's response due on February 17, 2025;

    Defendants' reply due on February 24, 2025.

DATED: February 8, 2025          Respectfully submitted,

By: */s/ Nicholas Najera*

Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*


By: /s/ Wlliam R. Brees
William R. Brees
Florida Bar No. 98886
william@bayramoglu-legal.com

BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014

Tel: (702) 462-5973
Fax: (702) 553-3404

*Counsel for Defendants*