IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:24-cv-05625 <br><br><br> Honorable Judge John Robert Blakey |

## NOTICE OF MOTION

Plaintiff Mingta Toys Co. Ltd ("Plaintiff") and Defendants Topbright and SuntopDirect (collectively, "Defendants") have agreed to a briefing schedule (Dkt. 45) that extends beyond the noticed hearing date of Wednesday February 12, 2025.

Defendants hereby withdraw their Notice of Motion (Dkt. 43).

DATED: February 7, 2025

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (Florida Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
william@bayramoglu-legal.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ William R. Brees*
William R. Brees (Florida Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
william@bayramoglu-legal.com
*Attorneys for Defendants*