UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fujian Mingta Toys Co. Ltd., by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| *No.* | *Defendant Name* | *Store ID* |
|---|---|---|
| 120 | Sioweci Co. Ltd. | 101667011 |
| 54 | MOMSIV US | A3QIV42ZVHN9UJ |
| 28 | Grommi | ARZ4LGXKQSC67 |
| 42 | Koehzich | A2K9M18O45Z3VH |
| 74 | SUYEPER | A21VVA3VNN8LDB |
| 16 | CozyJoyzDirect | AH3ZHAF8ZXU8Y |

Prior to the filing of this notice, these Defendants have yet to file an answer or motion for summary judgment.

DATED: February 10, 2025					Respectfully submitted,

								By: /s/ Nicholas Najera

								Nicholas Najera
								Texas Bar No. 24127049
								nnajera@nilawfirm.com

								NI, WANG & MASSAND, PLLC
								8140 Walnut Hill Ln., Ste. 615
								Dallas, TX 75231
								Tel: (972) 325-2220
								Fax: (972) 314-0900

								*Counsel for Plaintiff*