## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Fujian Mingta Toys Co. Ltd.

|  | Plaintiff, |  |
|---|---|---|
| v. |  | Case No.: |
|  |  | 1:24−cv−05625 |
|  |  | Honorable John Robert Blakey |
| Partnerships and Unincorporated Associations Identified in Schedule A, The, et al. |  |  |
|  | Defendant. |  |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2025:

MINUTE entry before the Honorable John Robert Blakey: Based upon the notices of voluntary dismissal, [38], [44], this case is dismissed without prejudice as to Defendants Vinlon (No. 86) and OuterFun (No. 62). Absent reinstatement by 3/31/25, this dismissal shall automatically convert to a dismissal with prejudice as to these Defendants. By agreement, see [46], Plaintiff shall respond to Defendants TOPBRIGHT and SuntopDirect's motion to enforce settlement [40] by 2/17/25, and Defendants shall file any reply by 2/24/25. The Court grants Defendants' motion for leave to file under seal [41]. The 2/12/25 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.