UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | Civil Action No. 1:24-cv-05625 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fujian Mingta Toys Co. Ltd., by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice as to the following Defendants:

| *No.* | *Defendant Name* | *Store ID* |
|---|---|---|
| 81 | TOPBRIGHT | A2GOHSJ6J3MS1Y |
| 31 | Hoixweet-US | A3C77A42SBO9M9 |
| 95 | yzure | A3C09ACLMMRLT6 |
| 12 | BO5WIN | A340I1S5X1N0GG |
| 72 | Summidate-US | A3FBHNB4OF2L8 |
| 68 | Seamoy | A2U1S62FZ7V189 |

Prior to the filing of this notice, these Defendants have yet to file an answer or motion for summary judgment.

1

DATED: February 20, 2025        Respectfully submitted,

By: */s/ Nicholas Najera*

Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*