UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Fujian Mingta Toys Co. Ltd.

Plaintiff,

v.

Case No.: 1:24−cv−05625

Honorable John Robert Blakey

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2025:

MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [53], this case is dismissed without prejudice as to Defendants TOPBRIGHT (No. 81); Hoixweet−US (No. 31); yzure (No. 95); BO5WIN (No. 12); Summidate−US (No. 72); and Seamoy (No. 68). Absent reinstatement by 3/31/25, this dismissal shall automatically convert to a dismissal with prejudice as to these Defendants. Additionally, in light of the dismissal, the Court denies as moot the motion to enforce settlement filed by Defendants TOPBRIGHT and SuntopDirect [40]. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.