UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD., *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | Civil Action No. 1:24-cv-05625 |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Fujian Mingta Toys Co. Ltd. ("Plaintiff") respectfully requests for the Clerk of this Court to enter default against the remaining Defendants identified in the attached Amended Schedule A ("Defendants"). Defendants, after being served with process, have failed to plead or otherwise defend. Therefore, the Clerk must now enter Defendants' default.

Plaintiff brought this action on July 3, 2024, seeking affirmative relief for design patent and copyright infringement. Dkt No. 1. The summons was issued as to Defendants on December 27, 2024. Defendants were served with process on December 27, 2024. Dkt. No. 19. As such, Defendants' answer date was January 17, 2025. Defendants have failed to timely plead or otherwise defend this action. Therefore, pursuant to Fed. R. Civ. P. 55(a), the Clerk must now enter Defendants' default.

| | |
|---|---|
| DATED: March 7, 2025 | Respectfully submitted, |//

DATED: March 7, 2025

Respectfully submitted,

*/s/ Nicholas Najera*

Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff*