# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Fujian Mingta Toys Co. Ltd.

                                                            Plaintiff,

v.                                                          Case No.:
                                                            1:24–cv–05625

                                                            Honorable John Robert
                                                            Blakey

Partnerships and Unincorporated Associations
Identified in Schedule A, The, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

        MINUTE entry before the Honorable John Robert Blakey: Based upon the notices of voluntary dismissal [61], [62], [64], this case is dismissed without prejudice as to Defendants Nut Wave Food Supplements Trading LLC (No. 61), jinanyanqiukejizixun (No. 111), Pashengus (No. 63), Wags Pet (No. 88), Rui Bao (No. 66), Snowkitten (No. 121), and Yiwu Yimeng Arts And Crafts Co. Ltd. (No. 93). Absent reinstatement by 3/31/25, this dismissal shall automatically convert to a dismissal with prejudice as to these Defendants. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.