IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJIAN MINGTA TOYS CO. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-05625 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR DEFAULT JUDGMENT**

Plaintiff Fujian Mingta Toys Co. Ltd. respectfully moves for entry of a default judgment against the Defaulting Defendants identified on Second Amended Schedule A, attached hereto. Plaintiff respectfully submits a memorandum in support of the motion.

|  |  |
|---|---|
| DATED: March 14, 2025 | Respectfully submitted, |
|  | By: */s/ Nicholas Najera* |
|  | Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com |
|  | NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900 |
|  | David Randolph Bennett<br>Direction IP Law<br>P.O. Box 14184<br>2620 N. Burling St.<br>Chicago, IL 60614<br>(312) 291-1667<br>dbennett@directionip.com |
|  | *COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I served the foregoing document on the Defendants via email. Counsel of record was also served with a copy via the ECF filing system. I further served the foregoing on all Defendants via electronic mail.

*/s/ Nicholas Najera*
Nicholas Najera