# SECOND AMENDED SCHEDULE A

| *No.* | *Defendant* | *Store ID* |
|---|---|---|
| 3 | Acitly US | A2XC9IIRBHY4BS |
| 4 | ACJSXL | A18SLUDUM210TU |
| 6 | Autism World | A2YN8ZF0WDY924 |
| 7 | Baby Ran | ARQAER0MVI2TM |
| 9 | Beining-us | A2863PF7SHLCLX |
| 14 | BUGGI-US | A2LTFEOLB6X3GD |
| 17 | CreativeUS | A25X60NCKER6J1 |
| 18 | DengChengYuan | AJQ2R9VSJEJQQ |
| 20 | DISHANQIAN-US | AKDEVBJGC1KXL |
| 21 | Dookok | A2Z76PG4MOJ43W |
| 22 | duoduoyin | A2JL2ICUV056PS |
| 23 | Erprobeen | A3FEQY5WXCYJIB |
| 25 | FANGYUAN-US | AFWRQWWYJPT3O |
| 27 | GOSE US | A1EXVNTNHKC8PM |
| 36 | JIANGXING | A1AIF36T66E392 |
| 37 | Jinyitong | AJ0PEQ0LQGO3T |
| 41 | JWL OFFICIAL | A2QEYWY291K8GJ |
| 44 | LACHLAND | AGY0QTX8BLIM |
| 47 | Lovkiddo | A1UUQOAK5ST2LY |
| 49 | Mailuren | A21K5MFNSSKIUY |
| 50 | Make your life enjoyable | A1BL8DROPAUWSC |
| 58 | Naturefield | A1JX45D4P38ARL |
| 64 | Qianmeng Direct | A3EUXA3LNJONJ6 |
| 65 | QTGPET-US | AVE5KY138UGZY |
| 67 | Ruojin Trading | A4UBIFRQWX6PZ |
| 70 | Songgaozeshangmao | A302TBS2I01CYA |
| 75 | Syahro | A3P7WJN5IQR7S7 |
| 82 | Uncle Nick | A2WWEP7QX4VAKJ |
| 84 | US SENYANG | A3L8WLN99FHO1G |
| 85 | Vaimier | A1AIN9IFQWQBAH |
| 87 | VJIEAZI | A2NRTU4XPYS49E |
| 90 | WOLFARO | A2O4ZQORCQGXCK |
| 92 | Xiaowang Direct | AU9J4QE6KM4UU |
| 94 | YZL-US | ASOJBLDJLRSFU |
| 97 | ZQNPXY | AYRFXIUJNLJ76 |
| 98 | Baby she beautiful baby toys | m-597802939939 |
| 99 | Elephant Technology | m-634418212263243 |
| 100 | Mind Maze baby toys | m-634418212595418 |
| 101 | TXH | m-634418210826871 |
| 102 | TXWJ | m-5992559557835 |

| 104 | YOUJIAN ROOM | m-4493907523398 |
| --- | --- | --- |
| 107 | brightmoon | 101613805 |
| 109 | FASLMH | 101106761 |
| 110 | JIASA | 101608783 |
| 118 | OuKan | 101591011 |
| 119 | REVANAK US | 101174546 |