IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FUJIAN MINGTA TOYS CO. LTD.,** *Plaintiff*, v. **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** *Defendants*. | **Civil Action No. 1:24-cv-05625** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 19, 2025, at 11:00 a.m., Plaintiff Fujian Mingta Toys Co. Ltd., by its counsel, shall appear before the Honorable John Robert Blakey to present the following request and motion:

(a) Request for Entry of Default (Dkt. No. 63); and

(b) Motion for Entry of Default Judgment (Dkt. No. 67).

|  |  |
|---|---|
| DATED: March 14, 2025 | Respectfully submitted, |
|  | By: */s/ Nicholas Najera* |
|  | Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com |
|  | NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900 |
|  | *Counsel for Plaintiff* |