UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Fujian Mingta Toys Co. Ltd.

Plaintiff,

v.

Case No.: 1:24−cv−05625

Honorable John Robert Blakey

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2025:

MINUTE entry before the Honorable John Robert Blakey: The Court denies without prejudice Plaintiff's motion for default and default judgment [66] because it appears to be premature, coming just days after a flurry of recent dismissals. Plaintiff may renew its motion, if appropriate, when it is clear that no further Defendants will be voluntarily dismissed from the case. The 3/19/25 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.